UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANJEET VIRK and
BHUPINDER VIRK,
      Plaintiffs,

v.                                   Case No. 5:23-cv-460-JA-PRL

THE FIRST LIBERTY
INSURANCE CORPORATION,
      Defendant.
_____

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. (Mediation Report, Doc. 21).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** on January 11, 2024.

                                                        JOHN ANTOON II
                                                        United States District Judge

Copies furnished to:
Counsel of Record